```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
V.W.,
                                    Plaintiff,

          -against-                                      23-CV-3870 (JLR) (KHP)

NEW YORK CITY DEPARTMENT OF                                    ORDER
EDUCATION, et al.,
                                    Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 12, 2023, the Honorable Jennifer L. Rochon issued an order (the "Order") directing the parties to file a joint letter addressed to the undersigned, no later than two weeks from the date on which Defendant New York City Department of Education enters an appearance, indicating whether there is any need for discovery or an initial conference in this case. (ECF No. 14.) The Order directed that in the event there is no such need, the parties should include in their letter a proposed briefing schedule for any motions. Additionally, the Order directed the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the undersigned Magistrate Judge, and if so, to complete the necessary consent form within two weeks of the Defendant entering an appearance.

The Defendant entered an appearance on Wednesday, May 17, 2023. (ECF No. 15.) Accordingly, the deadline to comply with the Order was Wednesday, May 31, 2023. The Court grants an extension *nunc pro tunc* until **Tuesday, June 13, 2023**, for the parties to comply with the Order.

**SO ORDERED.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023

DATED:   New York, New York
         June 6, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge